

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2020

No. 04-19-00332-CV

Lee B.**WHEELER**, Trustee of the L& P Children's Trust and Nancy Wheeler Plumlee,
Appellants

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

Appellee's fourth unopposed motion for extension of time to file its brief is GRANTED.
Appellee's brief is due February 14, 2020. No further extensions will be granted absent
extenuating circumstances.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 6th day of February, 2020.

MICHAEL A. CRUZ,
Clerk of Court